IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
            v.               ) Criminal No. 08-64
                             )
STEVIE DEWAYNE DEAN,         )
      Defendant.             )

ORDER

AND NOW, this 3rd day of July, 2008, the Court

having been advised that the above defendant wishes to

change his plea of not guilty, entered November 1, 2007,

IT IS HEREBY ORDERED that a hearing on defendant's

change of plea is set for Tuesday, July 22, 2008 at

10:30 a.m. in Courtroom #3A, 3rd floor, United States

Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster           ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:    Troy Rivetti,
       Assistant United States Attorney

       James J. Brink, Esquire
       428 Forbes Avenue
       Suite 220
       Pittsburgh, PA 15219

       U.S. Marshal

       U.S. Pretrial Services

       U.S. Probation